## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:17-cv-00777-BRO-KES                                                              Date:  March 24, 2017

Title:  Rui Chang Zhao v. John F. Kelly, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Denise Vo</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                                    None Present

**PROCEEDINGS (IN CHAMBERS):**           **Order to Show Cause Why Respondent has failed to file a Response to Petition**

On January 31, 2017, Petitioner, who is represented by counsel, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. (Dkt. 1.) On February 3, 2017, the Court issued an Order Requiring Response to the Petition. (Dkt. 5.) Respondents were directed to either (1) file a Motion to Dismiss within thirty (30) days of the date of the Order, or (2) file an Answer to the Petition within forty-five (45) days of the date of the Order. (Dkt. 5 at 2.)

Respondents' deadline to file an Answer expired on March 20, 2017. As of the date of this Order, Respondents have filed neither a Motion to Dismiss nor an Answer to the Petition. **On or before April 10, 2017,** Respondent is hereby ordered to file an Answer to the Petition or show cause why he failed to meet the March 20, 2017 deadline.