UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUI CHANG ZHAO,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN F. KELLY, et al,<br><br>    Respondents. | Case No. CV 17-00777-BRO (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) this action is stayed until July 15, 2017, and (2) Respondent shall file a status report every thirty days (the first being due on **May 15, 2017**) detailing the diligent efforts undertaken to obtain Petitioner's travel documents or to obtain an estimated date by which China is expected to issue his travel documents, and China's responses thereto. After

| | |
|---|---|
| 1 | Respondent's third status report (due on **July 15, 2017**), Petitioner shall file a |
| 2 | supplemental brief in support of his Petition setting forth any additional arguments |
| 3 | for granting habeas relief. Respondent shall file a response within 20 days of |
| 4 | service. |

DATED: April 28, 2017

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE