HILARY POTASHNER (No. 167060)
Federal Public Defender
Hilary_Potashner@fd.org
DAVID MENNINGER (No. 281460)
Deputy Federal Public Defender
David_Menninger@fd.org
321 East Second Street
Los Angeles, California 90012-4202
Telephone (213) 894-1891
Facsimile (213) 894-0081

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RUI CHANG ZHAO, | No. CV 17-777-BRO (KES) |
| Petitioner, | **ORDER** |
| v. | |
| JOHN F. KELLY, et al, | |
| Respondents. | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the current action should be dismissed as moot.

IT IS SO ORDERED.

DATED: May 12, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

Presented by:

  *s/ David Menninger*
David Menninger
Deputy Federal Public Defender